IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:17cr041 |
| JAMICHAEL THOMPSON, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 4/5/2017 |
| Jury Trial Date | 6/5/2017 |
| Final Pretrial Conference (by telephone) | Tuesday, 5/30/2017 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 5/1/2017 |
|    Other Motions | 5/8/2017 |
| Discovery Cut-off | 5/15/2017 |
| Speedy Trial Deadline | 6/5/2017 |
| Discovery to be made available by Government To Defendant | available – close of business 4/10/2017 |

April 5, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE