# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Case No. 3:17cr041 |
| JAMICHAEL THOMPSON, | : JUDGE WALTER H. RICE |
| Defendant. | : |

## AMENDED PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES RESET FROM 6/5/2017 ON 6/5/2017

| | |
|---|---|
| Jury Trial Date | 6/26/2017 |
| Final Pretrial Conference (by telephone) | **Monday, 6/19/2017 at 5:00 pm** |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | expired |
|    Other Motions | expired |
| Discovery Cut-off | expired |
| Speedy Trial Deadline | **tolled by Defendant's oral and later written motion to continue and acceptance of 6/26/2017 trial date, the Court concluding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(a).** |

June 7, 2017

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE