IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMICHAEL THOMPSON,

    Defendant.

: Case No. 3:17CR41

: JUDGE WALTER H. RICE

:

---

ENTRY REFERRING DEFENDANT TO THE FORENSIC PSYCHIATRY CENTER FOR WESTERN OHIO FOR PURPOSES OF A MENTAL STATUS EVALUATION, PURSUANT TO 18 U.S.C. §3552(c), PROCEDURES ORDERED OF COUNSEL

---

This Court, upon its own motion, pursuant to 18 U.S.C. §3552(c), refers Defendant herein to the Forensic Psychiatry Center for Western Ohio, for the purposes of a mental status evaluation.

Accordingly, it is the request of this Court that counsel for the defendant and the government furnish the Forensic Psychiatry Center for Western Ohio with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the Center with a copy of the Presentence Report. The Forensic Psychiatry Center for Western Ohio should delay any evaluation until expiration of the seven day period.

The Forensic Psychiatry Center for Western Ohio is to establish an appointment time with the Montgomery County Jail to evaluate the Defendant.

The officials at the Montgomery County Jail are to do all within their power to facilitate this evaluation.

September 20, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
United States Marshal
Montgomery County Jail