IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17cr41 |
| Plaintiff, | : JUDGE WALTER H. RICE |
| | : |
| vs. | : |
| JAMICHAEL THOMPSON, | : |
| Defendant. | : |

---

ENTRY REFERRING DEFENDANT TO DR. MASSIMO DE MARCHIS,
PSY.D., FOR AN EXAMINATION TO DETERMINE COMPETENCY AND
MENTAL STATUS OF DEFENDANT, WITH SPECIFIC EMPHASIS ON
THE DEFENDANT'S COGNITIVE FUNCTIONING, PURSUANT TO 18
U.S.C.§3552(c); PROCEDURES ORDERED OF COUNSEL;
REQUEST OF DR. DE MARCHIS AND OF COUNSEL

---

Pursuant to the record made in Open Court on December 20, 2017, the date of Defendant's sentencing, this Court, on its own motion and with the full concurrence of both the Government and the Defendant, refers the Defendant to Dr. Massimo De Marchis, Psy.D., for a determination of his mental competency and mental status, with specific emphasis on the Defendant's cognitive functioning, pursuant to 18 United States Code §3552(c) and for a report of said evaluation.

Defendant is presently incarcerated in the Montgomery County Jail. Accordingly, it is the request of this Court that counsel for the defendant and the government furnish Dr. De Marchis with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the Pre-Sentence Investigation Report and the report from the Forensic Psychiarty Center for Western Ohio dated November 21, 2017. Dr. De Marchis should delay any evaluation until expiration of the seven-day period.

The officials at the Montgomery County Jail are to do all within their power to facilitate this evaluation.

Dated: January 31, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE