IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMICHAEL THOMPSON,<br><br>Defendant. | Case No. 3:17cr41<br>JUDGE WALTER H. RICE |

## ENTRY AND ORDER

It is the order of this Court that defendant, Jamichael Thompson, remain in the custody of the Butler County Jail until such time as Dr. Massimo De Marchis is able to visit with him to conduct an evaluation as previously ordered by this Court.

Dated: February 5, 2018

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE